DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.W.,** the father and **M.A.,** the mother,
Appellants,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,**
Appellee.

Nos. 4D17-483
and 4D17-613

[July 14, 2017]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 2014-670 CJ-DP.

Albert W. Guffanti of Albert W. Guffanti, P.A., Miami, for appellant, R.W., the father.

Roger Ally of Roger Ally, P.A., Fort Lauderdale, for appellant, M.A., the mother.

Pamela J. Bondi, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale., for appellee.

Laura J. Lee, Appellate Counsel, Sanford, for Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***